

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-18-00240-CV

**IN THE INTEREST OF R.L.L. III, ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02373
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from a trial court's order terminating appellant's (Mother's) parental rights to her children. On March 23, 2018, the trial court signed an order of termination. On April 11, 2018, Mother timely filed a notice of appeal, challenging the trial court's order of termination. *See* TEX. R. APP. P. 26.1(b) (stating notice of appeal must be filed within 20 days after order of termination signed). Thereafter, the appellate record was filed, and Mother's brief became due. On June 13, 2018, Mother filed a motion, requesting additional time to file her brief and clarification of the appellate deadlines because a de novo hearing was conducted on May 3, 2018. In the motion, Mother further indicated the referring court entered an order on or about June 4, 2018. We therefore ordered the appellate deadlines suspended and ordered the district clerk and court reporter to file supplemental records relating to the de novo hearing on or before June 25, 2018.

On June 25, 2018, the district clerk filed a supplemental clerk's record. A review of the supplemental clerk's record reflects that the parties stipulated the case would be submitted for a de novo hearing. The record also includes an order dated June 4, 2018 affirming the trial court's order of termination on different statutory grounds. Thereafter, on June 26, 2018, the court reporter responsible for preparing the reporter's record for the de novo proceeding filed the reporter's record.

Accordingly, based on the foregoing, Mother's notice of appeal filed on April 11, 2018 is deemed premature. We therefore ORDER Mother to file her appellant's brief in this court **on or before July 18, 2018.**

We further **order** the clerk of this court to serve a copy of this order on all.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court